# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00022                                                                 September 12, 2008
                                                                            11:00 a.m.

**UNITED STATES OF AMERICA  -vs-  SONG, YONG MING**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
            SONG, YONG MING, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

   Defendant appeared without counsel.  Government was represented by Beverly McCallum, Assistant U.S. Attorney.  Also present were U.S. Probation Officer, Margarita Wonenberg and DEA Special Agent, Daniel Holcomb.

   Aby Leung, was present as interpreter/translator of the Mandarin language.

   Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.  Court, after reviewing the financial affidavit, found the defendant to be indigent and ordered that the next attorney on the CJA panel be notified.

   Court set the Preliminary Examination hearing for **Monday, September 22, 2008 at 9:00 a.m.**

   Court ordered "no bail", without prejudice.

   Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                                                   Adjourned at 11:20 a.m.


                                                                   /S/K. Lynn Lemieux, Courtroom Deputy